AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

FID # 11738120

for the

District of Columbia

RECEIVED
By USMS District of Columbia District Court at 7:09 pm, Nov 14, 2024

| United States of America | Case: 1:24-cr-00520 |
|---|---|
| v. | Assigned To : Judge Timothy J. Kelly |
| RASHAAD ROPER | Assign. Date : 11/14/2024 |
| | Description: INDICTMENT (B) |
| | Related Case: 24-cr-00506 (TJK) |

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RASHAAD ROPER,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy)

18 U.S.C. §§ 1791(a)(1), 2 (Providing Contraband in a Prison and Aiding and Abetting)

Date:   11/14/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/14/24, and the person was arrested on *(date)* 11/19/24
at *(city and state)* Washington, DC.

Date: 11/19/24

*Arresting officer's signature*

Scott Brown TFO/FBI
*Printed name and title*