# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 24-CR-520 (TJK)** |
| v. : | |
| : | |
| **RASHAAD ROPER et al.** : | |
| : | |
| **Defendants.** : | |

## MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
## <u>FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)</u>

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e).

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/
JOSHUA GOLD
Assistant United States Attorney
Tx Bar No. 24103101
601 D Street NW
Washington, DC 20530
(202) 815-8965
joshua.gold@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 24-CR-520 (TJK)** |
| **v.** : | |
| : | |
| **RASHAAD ROPER et al.** : | |
| : | |
| **Defendants.** : | |

## ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e), it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e).

Date: _____

THE HONORABLE TIMOTHY J KELLY
U.S. DISTRICT JUDGE